1   **LATHAM & WATKINS LLP**
      G. Andrew Lundberg (SBN 108509)
2       (andy.lundberg@lw.com)
      Karen R. Leviton (SBN 082301)
3       (karen.leviton@lw.com)
    355 South Grand Avenue, Suite 1500
4   Los Angeles, California 90071-1560
    Telephone:  (213) 485-1234
5   Facsimile:  (213) 891-8763

6   Attorneys for Plaintiff
    Avery Dennison Corporation
7

8   **HOGAN LOVELLS US LLP**
      Neil R. O'Hanlon (SBN 67018)
9       (neil.ohanlon@hoganlovells.com)
    1999 Avenue of the Stars, Suite 1400
10  Los Angeles, CA 90067
    Telephone:  (310) 785-4600
11  Facsimiel:  (310) 785-4601

12  Attorneys for Defendant
    Federal Insurance Company
13
    [Additional counsel on last page]
14
                UNITED STATES DISTRICT COURT
15
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
16
                      WESTERN DIVISION
17

18  AVERY DENNISON                          CASE NO.  CV08-06886 RSWL(MANx)
19  CORPORATION, a Delaware
    corporation,                            **STIPULATION RE:  DISMISSAL
20                                          WITH PREJUDICE**
                  Plaintiff,
21                                          Action Filed:  October 20, 2008
            v.                              Assigned to:  Hon. Ronald S.W. Lew
22                                          Discovery Cutoff Date:  August 13, 2010
    FEDERAL INSURANCE                       Motion Cutoff Date:  September 20, 2010
23  COMPANY, an Indiana corporation,        Pretrial Conf. Date:  None set
                                            Trial Date:  None set
24                Defendant.
25
26
27
28

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties hereto, through their respective undersigned counsel of record, are agreed and hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  June 10, 2010                    LATHAM & WATKINS LLP
                                          G. Andrew Lundberg
                                          Karen R. Leviton


                                         By    /S/ - G. Andrew Lundberg
                                              G. Andrew Lundberg

                                         Attorneys for Plaintiff
                                         Avery Dennison Corporation


Dated:  June 10, 2010                    HOGAN LOVELLS US LLP
                                          Neil R. O'Hanlon
                                          David Newmann


                                         By    /S/ - Neil R. O'Hanlon
                                              Neil R. O'Hanlon

                                         Attorneys for Defendant
                                         Federal Insurance Company


Additional counsel for Defendant
Federal Insurance Company:

HOGAN LOVELLS US LLP
  David Newmann
      (david.newmann@hoganlovells.com)
  Stephen A. Loney, Jr.
      (stephen.loney@hoganlovells.com)
555 13th Street, NW
Washington, DC 20003
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910