JS-6    O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AVERY DENNISON CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　　Defendant. | CASE NO.  CV08-06886 RSWL(MANx)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:  October 20, 2008<br>Trial Date:  TBD |

The parties having so stipulated, and good cause therefore appearing, IT IS HEREBY ORDERED that this action be and is DISMISSED, with prejudice, each party to bear its own costs and attorneys' fees.

Dated:  June __22__, 2010

RONALD S.W. LEW
_____
Ronald S. W. Lew
United States District Judge